UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-078 JD |
| | ) | |
| SHAYLA MONTAGUE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 10, 2012 [DE 103]. The court notes, however, that the report and recommendation incorrectly refers to a violation of 21 U.S.C. § 841(a)(1) rather than the statute of indictment, 21 U.S.C. § 846. Accordingly, the court now ADOPTS those findings and recommendations **as modified**, ACCEPTS defendant Shayla Montague's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of **21 U.S.C. § 846**.

SO ORDERED.

ENTERED:  June 27, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court